# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

       Raffaele Verzillo
       Lynda D Verzillo
          Debtor(s)

Case No. 14-09301

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/14/2014.

2) The plan was confirmed on 05/09/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/17/2014.

5) The case was dismissed on 01/09/2015.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,650.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,170.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$5,170.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,688.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $201.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,890.44**

Attorney fees paid and disclosed by debtor:      $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Unsecured | 11,000.00 | 13,551.79 | 13,551.79 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 11,025.00 | 11,025.00 | 11,025.00 | 1,078.86 | 223.62 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 6,243.46 | 6,243.46 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 171.43 | 152.38 | 152.38 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 4,129.99 | 4,129.99 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 120.17 | 101.98 | 101.98 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 890.72 | 890.72 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 233.75 | 233.75 | 0.00 | 0.00 |
| NATIONWIDE CASSEL LP | Unsecured | NA | 4,169.52 | 4,169.52 | 0.00 | 0.00 |
| NATIONWIDE CASSEL LP | Secured | 3,966.40 | 3,966.40 | 3,966.40 | 427.70 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 900.00 | 2,080.57 | 2,080.57 | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ROSEMARY VOLPE | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS COM | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN TRANSWORLD SYSTEM | Unsecured | 44.18 | NA | NA | 0.00 | 0.00 |
| VEIN CLINICS OF AMERICA | Unsecured | 64.81 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULTA | Unsecured | 169.64 | NA | NA | 0.00 | 0.00 |
| WOHL EYE CENTER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Z FRANK CHEVROLET | Unsecured | 562.50 | NA | NA | 0.00 | 0.00 |
| ARM | Unsecured | 13,551.79 | NA | NA | 0.00 | 0.00 |
| FLOOD BROTHERS | Unsecured | 74.60 | NA | NA | 0.00 | 0.00 |
| LOUIS COLELLA ASSOC | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| AIDEN CENTER | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH A FAVIA DDS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDCO HEALTH SOLUTIONS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA COLLECT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST IMAGING PROFESSIONALS | Unsecured | 92.70 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 332.07 | NA | NA | 0.00 | 0.00 |
| ARUN OHRI MD PAUL FAHRENBACH | Unsecured | 51.93 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGY CONSULT | Unsecured | 59.55 | NA | NA | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 418.17 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 418.17 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 211.93 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 74.55 | NA | NA | 0.00 | 0.00 |
| CERTEGY AARGON COLLECTION | Unsecured | 607.80 | NA | NA | 0.00 | 0.00 |
| BANK ONE/CHASE | Unsecured | 209.70 | NA | NA | 0.00 | 0.00 |
| BANK ONE/CHASE | Unsecured | 339.47 | NA | NA | 0.00 | 0.00 |
| CITY OF EVANSTON | Unsecured | 437.50 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,154.43 | NA | NA | 0.00 | 0.00 |
| COMENITY/LANE BRYANT | Unsecured | 37.94 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE MEDICAL GROUP | Unsecured | 361.21 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE MEDICAL GROUP | Unsecured | 153.88 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 807.42 | NA | NA | 0.00 | 0.00 |
| DR GLORIA CARUSO | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 1,043.77 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 544.87 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 162.50 | NA | NA | 0.00 | 0.00 |
| FIRST CARE | Unsecured | 213.34 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 4,000.00 | 4,000.00 | 4,000.00 | 549.38 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,000.00 | $549.38 | $0.00 |
| Debt Secured by Vehicle | $14,991.40 | $1,506.56 | $223.62 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,991.40** | **$2,055.94** | **$223.62** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$31,554.16** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,890.44 |
| Disbursements to Creditors | $2,279.56 |
| | |
| **TOTAL DISBURSEMENTS** : | **$5,170.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/11/2015          By: /s/ Glenn Stearns
                                                      Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**